34 A.3d 65

CITY OF PHILADELPHIA, for the Use
of YNLME, INC., Respondent

v.

Teresa KENNEDY, Petitioner.

Supreme Court of Pennsylvania.

Dec. 14, 2011.

No. 359 EAL 2011.

proponents of class treatment to advance an appropriate management plan.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of December, 2011, the Petition for Allowance of Appeal and the Application for Stay are **DENIED,** and the Application to Amend is **DISMISSED AS MOOT.**